Opinion issued September 23, 2004











In The
Court of Appeals
For The
First District of Texas




NO. 01–04–00502–CV




EUGENE MCMILLION, Appellant

V.

MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL
HERMANN HOSPITAL, Appellee




On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2002-51683




MEMORANDUM OPINIONAppellant Eugene McMillion has failed to timely file a brief. See Tex. R. App.
P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant Eugene McMillion did not adequately respond. See
Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of case).
          The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.
PER CURIAM
Panel consists of Justices Nuchia, Keyes, and Hanks.